# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0299
Lower Tribunal No. 2024-CC-000783

_____

JACK P. YOUNG,

Appellant,

v.

JHZ HOLDINGS, LLC,

Appellee.

_____

Appeal from the County Court for Highlands County.
Anthony L. Ritenour, Judge.

June 2, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and KAMOUTSAS and PRATT, JJ., concur.


Jack P. Young, Avon Park, pro se.

Shannon Nash, of Nash Legal, P.A., Sebring, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED